UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**TAFT MANZOTTI,**
and All Others Similarly Situated
      *Plaintiffs*

  VS.                C.A. No. 13-795M

**THE CITY OF PROVIDENCE,**
**JORGE O. ELORZA,**
in his capacity as Mayor of the
City of Providence, and
**JAMES LOMBARDI, III,** in his capacity
as the Treasurer of the City of Providence
      *Defendants*

## DISMISSAL STIPULATION

  Plaintiffs voluntarily dismiss the Amended Complaint filed in the above-captioned matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). No interest or costs shall apply.

| Plaintiffs, | Defendants, |
|---|---|
| Taft Manzotti and All Others | By their Attorneys, |
| Similarly Situated, | |
| By their Attorneys, | |
| | |
| /s/ *William J. Conley, Jr.* | /s/ *Kevin F. McHugh* |
| /s/ *Gina Renzulli Lemay* | /s/ *Steven B. Nelson* |
| _____ | _____ |
| William J. Conley, Jr. Esq. (#2149) | Kevin F. McHugh (#3927) |
| Gina Renzulli Lemay, Esq. (#7405) | Steven B. Nelson, Esq. (#8142) |
| Law Office of William J. Conley, Jr. | City of Providence Solicitor's Office |
| 123 Dyer Street, Suite 2B | 444 Westminster Street, Suite 220 |
| Providence, RI 02903 | Providence RI 02903 |
| Tel: 401-415-9835 | Tel: 401-680-5333 |
| wconley@wjclaw.com | kmchugh@providenceri.gov |
| glemay@wjclaw.com | snelson@providenceri.gov |

**Dated: February 18, 2020**

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the CM/ECF system, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 18, 2020.

      */s/ Gina Renzulli Lemay*
      Gina Renzulli Lemay, Esq.