## UNITED STATES DISTRICT COURT

**TAFT MANZOTTI,**
**And all others similarly situated**

        **Plaintiff**

    **VS.**                                      **C.A. No. 13-795M**

**THE CITY OF PROVIDENCE,**
**JORGE O. ELORZA,**
**in his capacity as Mayor of the**
**City of Providence, and**
**JAMES LOMBARDI, III, in his capacity**
**as the Treasurer of the City of Providence**

        **Defendants**

### ORDER

This matter came before this Honorable Court via a telephonic conference on January 28, 2020. As a result of said telephonic conference, the following shall be Ordered:

1) Plaintiffs shall submit any outstanding releases by the close of business on February 18, 2020. Defendants agree to accept any outstanding releases by the close of business on February 18, 2020 and make payments in accordance with the terms of the Settlement Agreement.

2) Should any further releases be returned to the Defendants subsequent to February 18, 2020, said individual Plaintiffs must directly communicate with the City concerning receipt of settlement payments pursuant to the Settlement Agreement. Individual Plaintiffs shall have up to the close of business on June 30, 2020 to submit remaining releases to the Defendants. The Defendants shall abide by the terms of the Settlement Agreement and remit payments in accordance with the terms therein as it pertains to those individual Plaintiffs. No releases shall be accepted beyond the close of business on June 30, 2020 and the Defendants shall not be required to abide by the Settlement Agreement as it pertains to those remaining Plaintiffs submitting their releases after the close of business on June 30, 2020.

3) The Plaintiffs shall file a dismissal stipulation by the close of business on February 18, 2020.

4) Whereas, additional legal work by all attorneys has been completed since the original payment of attorney fees, therefore Defendants shall pay $12,000.00 to Plaintiffs' counsel for this additional legal work occurring from August 1, 2019 to January 16, 2020.

2/18/2020
_____
DATE

_____
UNITED STATES DISTRICT COURT JUDGE